**H4 Petitions Processed By Service Center**

1. Separated by Service Center and fiscal years starting in 2022 to present, provide the following data related to H4 Forms I-539 in electronically accessible spreadsheet (MS Excel)

| All Receipt numbers | Each Case Application Date | Date of Final Action for Each Case |
|---|---|---|

2. Separated by Service Center and fiscal years starting in 2022 to present, provide the following data related to employment authorization document applications in the C26 category (H4 visa holders) filed on Forms I-765 in electronically accessible spreadsheet (MS Excel).

| Receipt number | Each Case Application Date | Date of Final Action for Each Case | Stand alone or concurrent filing? |
|---|---|---|---|

3. Separated by Service Center and fiscal years starting in 2022 to present, provide the following data related to Form I-539 adjudicators in electronically accessible spreadsheet (MS Excel)

| Total number of adjudicators assigned to the SC | Number of Adjudicators assigned to Forms I-539 | Number of Adjudicators assigned to H4 Forms I-539 | GS Level and title of all Forms I-539 adjudicators | GS Level and title of all H4 Forms I-539 adjudicators | Number of completed cases for each individual adjudicator for the period |
|---|---|---|---|---|---|

4. Separated by Service Center and fiscal years starting in 2022 to present, provide the following data related to Forms I-765 adjudicators in electronically accessible spreadsheet (MS Excel)

| Number of Adjudicators assigned to Forms I-765 | Number of Adjudicators assigned to Forms I-765 in the C26 category (H4s) | GS Level and title of all Forms I-765 adjudicators | GS Level and title of all Forms I-765 adjudicators in the C26 category (H4s) | Number of completed cases for each individual adjudicator for the period |
|---|---|---|---|---|

5. List each database, system of record, and background check performed in the adjudication of Forms I-539 and I-765.